**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, NJ 08003
(856) 795-2181
By:   Steven J. Bushinsky, Esquire
        David T. Szawlewicz, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Trustees of the Refrigeration & Air Conditioning Service Division (UA-NJ) Pension Fund, Welfare Fund, Annuity Fund and Education Fund, et. al.,<br><br>                                  Plaintiffs,<br><br>vs.<br><br>Marlee Contractors,<br><br>                                  Defendant. | Civil Action No: 16-08771-NLH-AMD<br><br>**CONSENT ORDER WITHDRAWING PLAINTIFFS' MOTION AND OPPOSITION TO MOTION, AND EXTENDING TIME TO ANSWER** |

This matter, having been opened to the Court by David T. Szawlewicz, Esquire, attorney for the Plaintiffs, Trustee of the Refrigeration & Air Conditioning Service Division (UA-NJ) Pension Fund, *et. al.*, and the parties hereby consenting to same, it is on this 2nd day of August, 2017, ORDERED that Plaintiffs' Motion for Default Judgment [Dkt. 7] and, Plaintiffs' Opposition [Dkt. 19] to Defendant's Cross Motion for leave to file an Answer out of time [Dkt. 13-15] are hereby withdrawn;

**IT IS FURTHER ORDERED** that Defendant file an Answer to the Complaint within seven (7) days of the date of this Order.

We hereby consent to the
Entry of the within Order.

**Law Office of Shirley Grasso**        **O'Brien, Belland & Bushinsky, LLC**

*Counsel for Defendant*                 *Counsel for Plaintiffs*

By: ___Shirley Grasso /s/___          By: ___David T. Szawlewicz /s/___
     Shirley Grasso, Esquire                    David T. Szawlewicz, Esquire


                                                   _____
                                                   NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey